Alva ALEKSICH, as Administratrix of Estate of Jakor Aleksich, Deceased, Appellant, v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, a Corporation, Appellee.

No. 11457.

Circuit Court of Appeals, Ninth Circuit.

April 23, 1947.

Lowndes Maury and A. G. Shone, both of Butte, Mont., for appellant.

William Meyer and James A. Poore, Jr., both of Butte, Mont., for appellee.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

In our view the Supreme Court of the State of Montana, 164 P.2d 372, 162 A.L.R. 263, has interpreted and given such construction of this contract that under the rule in Erie R. Co. v. Tompkins, 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed. 1188, 114 A.L.R. 1487, we are required to affirm this case.

BAUMER FOODS, Inc., a Corporation, Appellant, v. G. I. GRIFFITH, Appellee.

No. 11687.

Circuit Court of Appeals, Ninth Circuit.

March 2, 1948.

Writ of Certiorari Denied May 24, 1948.

See 68 S.Ct. 1339.

Harry Ellsworth Foster, of Olympia, Wash., for appellant.

Thos. L. O'Leary and Ernest L. Meyer, both of Olympia, Wash., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Giles v. Vette, 263 U.S. 553, 44 S.Ct. 157, 68 L.Ed. 441.